

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-16-00091-CR

_____


ANNETTE HARRIS, Appellant

V.

THE STATE OF TEXAS, Appellee


On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 15-F-0063-102


Before Morriss, C.J., Moseley and Burgess, JJ.

O R D E R

The appellant, Annette Harris, has filed a motion, through counsel, to extend the deadline for filing her brief in this matter. The brief was due September 29, 2016.

In the motion, counsel does not provide the Court with any explanation, much less a reasonable one, of the need for an extension of time. This Court interprets Rule 10.5(b)(1) of the Texas Rules of Appellate Procedure as requiring counsel to provide specific information to justify a requested extension, including the cause numbers of cases in which other briefs were filed; the dates they were filed; the dates, cause numbers, and courts of matters scheduled for trial; the exact dates of trial (if known); the expected duration of trial; etc. Broad, general statements do not provide the required facts and are not adequate to meet the requirements of the rule. *See* TEX. R. APP. P. 10.5(b)(1).

All future motions to extend time must contain case-specific information adequate to justify the request, or they will be denied.

In this instance, we grant Harris' motion and extend the deadline for filing her brief by twenty-one days, making the brief now due October 20, 2016. Absent extraordinary circumstances, further requests for extensions of time will not be granted.

IT IS SO ORDERED.

BY THE COURT

Date: October 4, 2016

2